■ LEONARD LIPTON, Respondent, v NORMAN WAGNER, Appellant.—In an action to recover moneys due upon an alleged oral contract, defendant appeals (by permission) from an order of the Appellate Term of the Supreme Court for the Ninth and Tenth Judicial Districts, dated June 26, 1975, which affirmed a judgment of the District Court, Nassau County, Second District, Wantaugh, dated June 21, 1974, which, after a nonjury trial, was in favor of plaintiff and against him. Order affirmed, with costs. There is sufficient evidence in the record to sustain a holding that the moneys advanced to defendant-appellant constituted a loan which was to be repaid in one year's time. To the extent that this evidence was contradicted by the defendant's testimony, it raised an issue of credibility which was properly decided by the trier of the facts. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.

■ LONG ISLAND TRUST COMPANY, Appellant, v GEMSTONE MINERS, LTD., et al., Defendants, and EDWARD T. DICKER, Respondent.—In an action, *inter alia,* on certain promissory notes, plaintiff appeals from (1) an order of the Supreme Court, Nassau County, dated April 28, 1976, which, after a hearing, granted the defendant-respondent's cross motion to set aside service of the summons and complaint on the ground that he had been enticed into the jurisdiction for the purpose of effecting service upon him, and (2) a further order of the same court, dated May 28, 1976, which denied its motion for leave to reargue. Appeal from the order dated May 28, 1976 dismissed, without costs or disbursements. No appeal lies from an order denying leave to reargue. Order dated April 28, 1976 affirmed, without costs or disbursements. We agree with the findings made by Special Term, except that we do not agree with its statement that there had been an "abuse of process" by plaintiff in the manner in which it effected service of process upon the respondent. Upon the argument of this appeal, respondent did not contend that there had been an abuse of process. Martuscello, J. P., Latham, Shapiro and O'Connor, JJ., concur.